**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| Ahmed Ismail and Lisa Barrow | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 2:17-cv-00278 |
| v. | § | |
| | § | |
| Volvo Group North America, LLC d/b/a | § | |
| Volvo Trucks North America | § | JURY |
| | § | |
| Defendant. | § | |

## DEFENDANT VOLVO GROUP NORTH AMERICA, LLC,'S SUPPLEMENTAL INITIAL DISCLOSURES

To:     All parties by and through their Attorneys of Record

Mr. Richard C. Angino, Esquire
ANGINO LAW FIRM, P.C.
4503 N. Front Street
Harrisburg, PA 17110
Email:  rca@anginolaw.com
Attorney for Plaintiffs
Attorney-in-charge for Plaintiffs

Mr. Robert J. Sigler
BANDAS LAW FIRM, P.C.
500 N. Shoreline Blvd., Ste. 1020
Corpus Christi, Texas 78471
Email:  rsigler@bandaslawfirm.com
Local Counsel for Plaintiffs

Volvo Group North America, LLC, erroneously named as "Volvo Group North America, LLC d/b/a Volvo Trucks North America ("Volvo"), makes the following supplemental disclosures pursuant to the Federal Rules of Civil Procedure.

A.     **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Volvo Group North America, LLC
Custodian of Records and/or other personnel, including:
Charles Bird, Sr. Product Assurance Engineer
Seth Dunfee, Business Analyst Distribution Process Control
Vickie Wukich, Sales Administrator Order Engineering Department
Tim LaFon, Vice President , Regulatory Affairs
Todd Monson, Volvo Service Representative Assigned to Nuss and ATS
Jeremy Taylor, Regional Service Director – Central
Rodd Hott
c/o Darrell L. Barger
Darrell L. Barger (*Attorney-in-charge*)
J. Reid Simpson
Noe Reyna
**HARTLINE DACUS BARGER DREYER LLP**
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: (361)866-8000
Facsimile: (361)866-8039
and
Larry D. Grayson
**HARTLINE DACUS BARGER DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone:  (214) 346-3719
Facsimile:  (214) 267-4219 (Fax)
*Defendant and personnel with knowledge of relevant facts*

Ahmed Ismail (York County, Pennsylvania)
Lisa Barrow (York County, Pennsylvania)
c/o Mr. Richard C. Angino, Esquire
ANGINO LAW FIRM, P.C.
4503 N. Front Street
Harrisburg, PA 17110
Telephone: 717-238-6791
Email:  rca@anginolaw.com
and
Mr. Robert J. Sigler
BANDAS LAW FIRM, P.C.
500 N. Shoreline Blvd., Ste. 1020
Corpus Christi, Texas 78471

Telephone:  361-698-5200
Facsimile: 361-698-5222
Email:  rsigler@bandaslawfirm.com
*Plaintiff*

Nuss Truck & Equipment
Custodian of Records, employees, agents, and other personnel, including:
Phil Watkins, Vice President, Customer Support
Bradley Nuss
Jim Johnson
6500 Highway 63 South
Rochester, Minnesota 55904
Telephone: 651-633-4810
Direct: 651288-3331
*Seller of the subject truck/vehicle*

Anderson Trucking Service, Inc.
Custodian of Records, employees, agents, and other personnel, including:
Warner Peterson
Ryan Willis
725 Opportunity Drive
St. Cloud, Minnesota 56301
(866) 277-1033
*Owner of the subject vehicle*

Freightliner of St. Cloud
Custodian of Records, employees, agents, and other personnel
701 15th Ave. SE
St. Cloud, MN 56302
Telephone: 320-257-7270
Facsimile: 320-257-7275
*Performed repair work on the subject vehicle*

ZF/TRW Automotive U.S. LLC
Custodian of Records, representatives, agents, and other personnel, including:
Marty Nemani, Chief Metallurgist ZF TRW
Dave Huddleston, Chief Engineer ZF TRW
24175 Research Dr.
Farmington Hills, MI 48335-2642
(248) 478-7210
*Manufactured the steering gear*

Texas Department of Public Safety
Custodian of Records, officers, representatives, agents, and other personnel, including:
Steven Petrick (#14571)
5805 North Lamar Blvd.
Austin, Texas 78752
(512) 424-2000
*Investigating Authority/Agency*

Christus Spohn Hospital—Shoreline
Custodian of Records, doctors, nurses, staff, or representatives, including:
Alainya V. Tomanec, M.D.
600 Elizabeth Street
Corpus Christi, Texas 78404
(361) 881-3000
AND
919 Hidden Ridge
Irving, Texas 75038
(469) 282-2000
*Plaintiff's Healthcare Provider*

York ENT Associates
Custodian of Records, doctors, nurses, staff, and representatives, including:
Andrew R. Shorb, M.D.
924 Colonial Avenue
Building E
York, Pennsylvania 17403
(717) 843-9089
*Plaintiff's Healthcare Provider*

Christopher Royer, Psy.D
And Custodian of Records, doctors, nurses, staff, and representatives
1150 Lancaster Blvd.
Liberty Plaza III, Suite 101
Mechanicsburg, Pennsylvania 17055
(717) 697-7260
*Plaintiff's Healthcare Provider*

GMBC Center for Neurology
Custodian of Records, doctors, nurses, staff, and representatives, including:
Michael Sellman, M.D., P.A.
6701 N. Charles Street, Suite 1630
Towson, Maryland 21204
(443) 849-2000
*Plaintiff's Healthcare Provider*

Concentra Medical Centers
Custodian of Records, doctors, nurses, staff, and representatives, including:
Timothy Allen, M.D.
5080 Spectrum Road
400 West
Addison, Texas 75001
AND
15812 Midway
Addison, Texas 75001
AND
2141 Pennsylvania Avenue
York, Pennsylvania 17404
AND
970 Loucks Road
Suite D
York, Pennsylvania 17404
(717) 764-1008
*Plaintiff's Healthcare Provider*

WellSpan York Hospital
Custodian of Records, doctors, nurses, staff, and representatives, including:
Craig A. Sullivan, D.O.
Andrew R. Shorb, M.D.
Michael Kleinman
Margaret M. Taylor-Brown, CRNP
1001 S. George Street
York, Pennsylvania 17403
(717) 851-2345
*Plaintiff's Healthcare Provider*

WellSpan Rehabilitation
Custodian of Records, doctors, nurses, staff, and representatives, including:
Hilary S. Gans, M.S., OTR/L
Julie Reimold, P.T., DPT
Narrah A. Brown, M.S., CCC-SLP
Gale Mitchell, P.T.
Donald E. Douglas, P.T.
1575 Bannister Street
York, Pennsylvania 17404
(717) 812-5850
*Plaintiff's Healthcare Provider*

WellSpan Physiatry/WellSpan Neurosurgery
Custodian of Records, doctors, nurses, staff, and representatives, including:
Henry A. Richardson, M.D.
228 St. Charles Way
Suite 300
York, Pennsylvania 17403
(717) 812-2212
*Plaintiff's Healthcare Provider*

Colonial Medical Center
Custodian of Records, doctors, nurses, staff, and representatives, including:
Scott Cherry, M.D.
955 S. George Street
York, Pennsylvania 17403
(717) 846-3457
*Plaintiff's Healthcare Provider*

Lancaster Neuroscience and Spine Associates
Custodian of Records, doctors, nurses, staff, and representatives, including:
William T. Monacci, M.D.
1671 Crooked Oak Dr.
Lancaster, Pennsylvania 17601
(717) 569-5331
*Plaintiff's Healthcare Provider*

WellSpan Medical Group
Custodian of Records, doctors, nurses, staff, and representatives, including:
Joel W. Winer, M.D.
Richard A. Doyka, Jr., CRNP
Cindy Qingxin Shi
Paul S. Singer, M.D.
1803 MT Rose Ave.
Suite B3
York, Pennsylvania 17403
(717) 851-6816
*Plaintiff's Healthcare Provider*

WellSpan Neurology
Custodian of Records, doctors, nurses, staff, and representatives, including:
Jiang Fengjun, M.D.
228 St. Charles Way
Suite 200
York, Pennsylvania 17402
(717) 851-5503
*Plaintiff's Healthcare Provider*

WellSpan Orthopedics
Custodian of Records, doctors, nurses, staff, and representatives, including:
Dean A. Nachtigall, D.O.
2250 E. Market Street
York, Pennsylvania 17402
(717) 812-6670
*Plaintiff's Healthcare Provider*

J&J Medical, Inc.
Custodian of Records, doctors, nurses, staff, and representatives
341 West Main Street B
Birdsboro, Pennsylvania 19508
AND
P.O. Box 100
Birdsboro, Pennsylvania 19508
(610) 404-4900
*Plaintiff's Healthcare Provider*

Thomas Hart Family Practice Center
Custodian of Records, doctors, nurses, staff, and representatives, including:
James Fletcher, D.O.
Wendy Wild, PsyD
1001 S. George Street
York, Pennsylvania 17403
(717) 851-2521
*Plaintiff's Healthcare Provider*

In addition to the individual(s) specifically named above, Volvo generally identifies the following categories of individuals: (1) additional representative(s) from various departments within Volvo to address various issues that may arise during discovery and representatives from Volvo to address the manufacture of the subject product; (2) Any and all healthcare providers for Plaintiffs, including any EMS personnel that treated either or both of Plaintiffs; (3) Plaintiffs' relatives, friends, associates, neighbors, employers, co-workers, physicians and other health care providers, pharmacists, and any other individuals with discoverable information relevant to this case, including those who may have information regarding Plaintiffs' medical, occupational, family, and lifestyle histories; (4) other persons identified in Plaintiffs' Rule 26 Initial

Disclosures; (5) all persons named or referred to in discovery; and (6) the parties to this litigation and their respective personnel and/or custodians of records.

**B.** **A copy of, or a description by category and location, of all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the disclosing party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Volvo lists below the categories of documents and information of which Volvo, at this early stage, is aware:

1. Documents or materials constituting or relating to specifications for the product at issue.

2. Documents and/or reports related to safety and/or performance of the product at issue.

3. Non-privileged reports generated from inspections of the subject vehicle and components allegedly at issue.

4. Photographs depicting product at issue and/or its components.

5. Owner's manual relating to the product at issue.

6. Maintenance manual relating to the product at issue.

7. Parts or Service manual relating to the product at issue.

8. Engineering drawings of parts or components pertinent in this case.

9. Service bulletins, if any, pertinent to the issues in this case.

10. Maintenance and/or repair records.

11. Any applicable Warranty.

12. Any applicable sales records.

13. Medical records of Plaintiffs

14. Pharmacy records for Plaintiffs

15. Educational records for Plaintiffs

16.     Employment records for Plaintiffs

17.     Financial records of Plaintiffs

18.     Journals, datebooks, diaries or other documents relating to Plaintiffs' claims, diagnoses, treatment, prognosis, activities, appointments and damages.

19.     Any records of Plaintiffs not specifically referenced above.

20.     Curriculum Vitae of experts and rebuttal experts.

21.     Reports of experts and rebuttal experts.

22.     All depositions taken in this action.

23.     All documents produced in this action.

24.     All videotapes of depositions taken in this action.

25.     All interrogatory answers served in this action by Plaintiffs.

26.     All responses to any discovery requests served in this action by any party.

27.     All exhibits relied upon by any expert witness.

28.     Any exhibits listed on Plaintiffs' exhibit list.

29.     Demonstrative aids and exhibits.

30.     All rebuttal and impeachment exhibits.

31.     TRW report from steering gear inspection in St. Cloud, Minnesota.

32.     VOLVO 000001-002489.

Volvo identifies the foregoing categories of documents without waiving its right to supplement, modify, or delete said categories. Demonstrative aids and exhibits are available for inspection upon request, including but not limited to demonstrative aids to be used by Volvo's liability experts.

**C.** **A computation of each category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which each such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Volvo does not allege that it suffered any damages as a result of any acts or omissions by Plaintiffs or any other party to this litigation. Plaintiffs have the burden of proving damages in this case; Volvo disputes liability and, to the extent that it is necessary and appropriate, will contest Plaintiffs' damage claims. Volvo has pled (on information and belief) contributory negligence as an affirmative defense that would reduce the Plaintiffs' damages, if any. Volvo has not pled negligence as a cause of action seeking damages from the Plaintiffs. Volvo may seek attorney's fees and costs.

**D.** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Please see insurance policy information previously produced to Plaintiffs.

Respectfully submitted,

**HARTLINE DACUS BARGER DREYER LLP**

*/s/Darrell L. Barger* _____
Darrell L. Barger (*Attorney in charge*)
State Bar No. 01733800
Fed. ID 646
J. Reid Simpson
State Bar No. 24072343
Fed. ID 1259919
Noe Reyna
State Bar No. 16794840
Fed. ID 7596
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
(361) 866-8000

Page 10

(361) 866-8039 (fax)
dbarger@hdbdlaw.com
rsimpson@hdbdlaw.com
nreyna@hdbdlaw.com

**AND**

Larry D. Grayson
State Bar No. 08342900
Fed ID 8336
8750 N. Central Expressway
Suite 1600
Dallas, Texas 75231
(214) 346-3719
(214) 267-4219 (Fax)
lgrayson@hdbdlaw.com

**ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC**

<u>**Certificate of Service**</u>

  The undersigned counsel certifies that on this 4th day of June, 2018, a true and correct copy of the foregoing Initial Disclosures has been forwarded to counsel of record listed below in accordance with the Federal Rules of Civil Procedure.

<u>**VIA CM/ECF SERVICE**</u>
Mr. Richard C. Angino
ANGINO LAW FIRM, P.C.
4503 N. Front Street
Harrisburg, PA 17110

Mr. Robert J. Sigler
BANDAS LAW FIRM, P.C.
500 N. Shoreline Blvd., Ste. 1020
Corpus Christi, Texas 78471

      */s/Darrell L. Barger* _____
      Darrell L. Barger