United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AHMED  ISMAIL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-278 |
| | § | |
| VOLVO TRUCKS NORTH AMERICA, | § | |
| INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendant Volvo Group North America, LLC's (Volvo's) Motion to Exclude the Proposed Expert Testimony of Lance Watt (D.E. 28), Plaintiffs' response (D.E. 32), and Defendant's reply (D.E. 34).  Volvo claims that Watt is not qualified to testify regarding his product liability conclusions in this action because he is not a metallurgist.  Volvo also claims that Watt's methodology is not reliable.

After review of the motion, response, reply, Watt's curriculum vitae, and Watt's report, the Court concludes that Watt's credentials in mechanical engineering, his extensive experience with bus and truck design and forensic review of mechanical failures, and his educational and practical exposure to concepts of metallurgy are sufficient to qualify him as an expert who can assist the jury.  Additionally, his investigation and opinions are sufficiently grounded in forensic procedure to be reasonably reliable.  Any challenge to Watt's expertise and methodology go to the weight to be assigned his testimony rather than to its admissibility.  The motion to exclude (D.E. 28) is DENIED.

1 / 2

Also before the Court is Volvo's Motion for Summary Judgment (D.E. 26) and Plaintiffs' response (D.E. 31).  The motion is predicated on the Court granting the motion to exclude the testimony of Lance Watt.  As set out above, the Court has denied the motion to exclude.  Therefore, the Court DENIES the motion for summary judgment (D.E. 26).

ORDERED this 12th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE